IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Jay Redford | \* |
| | \* |
| Plaintiff, | \* |
| | \* CASE NO: 1:19-cv-01152-LM |
| v. | \* |
| | \* |
| United States of America | \* |
| Department of Housing and | \* |
| Urban Development, and | \* |
| BLM Companies, LLC, and | \* |
| Northsight Property, LLC, and | \* |
| Bruce Clark | \* |
| | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF CLARA E. LYONS, ESQ.

I, Clara E. Lyons, Esq., hereby swear and affirm as follows:

1. I am an attorney licensed to practice law in the State of New Hampshire. My Bar ID # is 20054.

2. I represent Defendant Bruce Clark in the above-referenced matter.

3. The email chain attached as Exhibit F is a true, accurate, and complete copy of an email chain included in the file materials associated with this case. I have no information about the original provenance of this email chain, beyond what is discernable from the face of the document.

4. My office is not in possession of Work Order #03623655 referenced on page 7 of Exhibit F.

Date: 6/4/20

_____
Clara E. Lyons

COUNTY OF:
STATE OF:

    Before me on _____ appeared the above-named Clara E. Lyons, and swore that the above declarations are true and accurate to the best of her knowledge.

Date: 6/8/20

_____
Justice of the Peace/Notary Public

**ELIZABETH L. HURLEY**
Notary Public, State of New Hampshire
My Commission Expires 10/21/2020